# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AMEZCUA ALEJO,<br><br>    Petitioner,<br><br>  vs.<br><br>WARDEN J. SUGRUE,<br><br>    Respondent.<br>_____/ | 1:08-cv-01827-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **December 31, 2008**                                                          **/s/ Theresa A. Goldner**
                                                                                             UNITED STATES MAGISTRATE JUDGE